Colon v Tiebout Estates, LLC (2024 NY Slip Op 01270)

Colon v Tiebout Estates, LLC

2024 NY Slip Op 01270

Decided on March 12, 2024

Appellate Division, First Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered: March 12, 2024

Before: Oing, J.P., Friedman, Kennedy, Shulman, Pitt-Burke, JJ. 

Index No. 28556/18 Appeal No. 686 Case No. 2022-03109 

[*1]Sonia Colon, Appellant,
v
Tiebout Estates, LLC, Respondent.

An appeal having been taken to this Court by the above-named appellant from an order of the Supreme Court, Bronx County (Andrew J. Cohen, J.), entered on or about July 18, 2022,
And said appeal having been argued by counsel for the respective parties; and due deliberation having been had thereon, and upon the stipulation of the parties hereto dated February 22, 2024,
It is unanimously ordered that said appeal be and the same is hereby withdrawn in accordance with the terms of the aforesaid stipulation.
ENTERED: March 12, 2024